508 A.2d 1196

**Elphina BURLEY, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.**

Supreme Court of Pennsylvania.

Argued April 14, 1986.

Decided April 29, 1986.

Louis S. Rulli, Philadelphia, for appellant.

Richard F. Faux, Paul E. Baker, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Mr. Justice Larsen dissents and would grant unemployment compensation to the claimant on the basis of Commonwealth Court Judge Robert Williams' opinion in this case.